Filed 1/27/2015 11:11:03 AM
R. David Guerrero
District Clerk
Jim Wells County, Texas
Rosie Garcia, Deputy

## CAUSE NO. 10-09-49378-CV

| | | |
|---|---|---|
| **CARLOS M. REYES AND WIFE,** | § | **IN THE DISTRICT COURT** |
| **MOLLY REYES** | § | |
| **Plaintiffs** | § | |
| | § | |
| **VS.** | § | **79ᵗʰ JUDICIAL DISTRICT** |
| | § | |
| **BILL W. BELL SR. AND** | § | |
| **BILL W. BELL JR.** | § | |
| **Defendants** | § | **JIM WELLS COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/30/2015 1:10:50 PM
KEITH E. HOTTLE
Clerk

### PLAINTIFFS' NOTICE OF APPEAL

1. Plaintiffs are Carlos M. Reyes and wife, Molly Reyes.

2. The Trial Court granted and signed a No Evidence Summary Judgment on January 9, 2015 for the defendants.

3. Subject to the trial court's action on plaintiff's request for findings of fact and conclusions of law filed on the 26ᵗʰ day of January 2015, Plaintiffs desire to appeal from the judgment of the 79ᵗʰ Judicial District Court to the 13ᵗʰ Court of Appeals.

Respectfully submitted,

*Allen C. Lee*

Allen C. Lee
Attorney for Plaintiffs
810 Oriole Street
Corpus Christi, Texas 78418
Ph: 361-353-4884
Fax: 361-353-4482
SBN: 12110000
Email: allen@allencleelawfirm.com

### Certificate of Service

I, Allen C. Lee certify that I emailed, faxed, mailed, or efiled this motion for findings of fact and conclusions of law to the attorney of record for Defendants on this 27th day of January 2015.

*Allen C. Lee*

Allen C. Lee



STATE OF TEXAS
COUNTY OF JIM WELLS

I, R. David Guerrero District Clerk of Jim Wells
County, Texas do hereby certify that the fore-
going is a true and correct copy of the original
record, now in my lawful custody and possession,
filed on ____1-27-15____ as appears
____ON FILE____ in my office.
Witness my official hand and seal of office, this
____1-28-15____

R. DAVID GUERRERO, District Clerk
Jim Wells County, Texas

By: ____Norm Guinn____, Deputy